# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOLIO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RUSH STREET GAMING LLC and SUGARHOUSE SHP GAMING, L.P. d/b/a RIVERS CASINO PHILADELPHIA,<br><br>    Defendants. | Case No. 2:25-cv-00039-JDW<br><br>CLASS ACTION |
| KEVIN BRADY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RUSH STREET GAMING LLC and SUGARHOUSE SHP GAMING, L.P. d/b/a RIVERS CASINO PHILADELPHIA,<br><br>    Defendants. | Case No. 2:25-cv-00054-JDW<br><br>CLASS ACTION |
| KEVIN BROCKHOFT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SUGARHOUSE SHP GAMING, L.P. d/b/a RIVERS CASINO PHILADELPHIA and RUSH STREET GAMING LLC,<br><br>    Defendants. | Case No. 2:25-cv-00073<br><br>CLASS ACTION |

| | |
|---|---|
| WILLIAM MOORE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>RUSH STREET GAMING LLC and SUGARHOUSE SHP GAMING, L.P. d/b/a RIVERS CASINO PHILADELPHIA,<br><br>                Defendants. | Case No. 2:25-cv-00091<br><br>CLASS ACTION |
| BRETT NELSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>RUSH STREET GAMING LLC and SUGARHOUSE SHP GAMING, L.P. d/b/a RIVERS CASINO PHILADELPHIA,<br><br>                Defendants. | Case No. 2:25-cv-00106<br><br>CLASS ACTION |
| SHAWN MARTIN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>RUSH STREET GAMING LLC and SUGARHOUSE SHP GAMING, L.P. d/b/a RIVERS CASINO PHILADELPHIA,<br><br>                Defendants. | Case No. 2:25-cv-00109<br><br>CLASS ACTION |

4934-8206-2355, v. 1

| | |
|---|---|
| BONNIE HERMANN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RUSH STREET GAMING LLC and SUGARHOUSE SHP GAMING, L.P. d/b/a RIVERS CASINO PHILADELPHIA,<br><br>        Defendants. | Case No. 2:25-cv-00130<br><br>CLASS ACTION |

## RENEWED MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court (1) consolidate the above-captioned Related Actions pursuant to Fed. R. Civ. P. 42(a) under the caption of the first-filed *Volio* docket, No. 2:25-cv-00039, and administratively close the *Brady, Brockhoft*, *Nelson*, *Moore, Martin*, and *Hermann* matters; (2) appoint Kenneth J. Grunfeld of Kopelowitz Ostrow P.A., Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC, Charles E. Shaffer of Levin Sedran & Berman, LLP, and Andrew W. Ferich of Ahdoot & Wolfson, PC as interim co-lead class counsel pursuant to Fed. R. Civ. P. 23(g)(3); and (3) set a deadline for Plaintiffs to file a consolidated complaint within 30 days of any Order granting this Motion.

This Motion is supported by all 7 of the filed cases' Plaintiffs and their counsel. Counsel for Defendant has been informed of the filing of this Motion and supports the Plaintiffs' Motion to Consolidate and takes no position on leadership. A proposed Order has been filed contemporaneously herewith.

3

Dated: January 27, 2025

*[signature]*

Kenneth J. Grunfeld (PA I.D. 84121)
Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 525-4100
*grunfeld@kolawyers.com*
*ostrow@kolawyers.com*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
*gklinger@milberg.com*

Charles E. Schaffer (PA I.D. 76259)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663
*cschaffer@lfsblaw.com*

Andrew W. Ferich (PA I.D. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
Fax: (310) 474-8585
*aferich@ahdootwolfson.com*

*Proposed Interim Co-Lead Class Counsel*

**pro hac vice* pending or to be filed

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of January, 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: January 27, 2025

_____
Kenneth J. Grunfeld (PA I.D. 84121)
**KOPELOWITZ OSTROW P.A.**